706 A.2d 190

IN THE MATTER OF JOEL M. KESSLER,
AN ATTORNEY AT LAW.

March 11, 1998.

## ORDER

The Disciplinary Review Board on January 7, 1998, having filed with the Court its decision concluding that **JOEL M. KESSLER** of **LONG BRANCH**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.9(a)(1) (conflict of interest), and good cause appearing;

It is ORDERED that **JOEL M. KESSLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.